Decided September 15, 1993

MICHAEL LUTYNSKI *v.* B. B. AND J. TRUCKING, INC.

The defendant's petition for certification for appeal from the Appellate Court, 31 Conn. App. 806 (AC 11300), is granted, limited to the following issue:

"Under the circumstances of this case, did the Appellate Court properly conclude that the trial court was required by General Statutes § 52-192a, the offer of judgment statute, to award prejudgment interest?"

The Supreme Court docket number is SC 14822.

*James E. Kernan,* in support of the petition.

*James A. Mulhall, Jr.,* in opposition.

Decided September 15, 1993